IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**PENNY LOVINGS-GRAHAM,**            8:05CV135

    **Plaintiff,**

vs.

**QWEST DISABILITY PLAN, et al.,**          **ORDER**

    **Defendants.**

This matter is before the court on the defendants' Motion and Notice of Withdrawal (Filing No. 20) seeking the withdrawal of attorney Janis J. Winterhof as counsel in this case. The defendants are represented by other counsel from the same firm. The court finds good cause shown for the withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The Motion and Notice of Withdrawal (Filing No. 20) is granted.

2. The Clerk of Court shall stop all electronic notices to Janis J. Winterhof regarding this case.

DATED this 7th day of October, 2005.

                                                 BY THE COURT:

                                                 s/Thomas D. Thalken
                                                 United States Magistrate Judge